# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | CIVIL ACTION NO: |
| **Plaintiff** | COMPLAINT |
| vs. | RE:<br>16 Dyer Road, Raymond, ME 04071 |
| **Andy Ochoa** | Mortgage:<br>December 23, 2016<br>Book 33750, Page 1<br>Cumberland County Registry of Deeds |
| **Defendant**<br>**Evergreen Credit Union** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Andy Ochoa, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by NewRez

LLC d/b/a Shellpoint Mortgage Servicing, in which the Defendant, Andy Ochoa, is the obligor and the total amount owed under the terms of the Note is Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. NewRez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware Limited Liability Corporation with its principal place of business located at 55 Beattie Place, Suite 10, Mail Stop 005, Greenville, SC 29601.

5. Newrez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware Limited Liability Company with the single member being Shellpoint Partners LLC, a Delaware Limited Liability company whose principal place of business 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

6. Shellpoint Partners LLC is a Delaware Limited Liability Company with the two members being NRM Acquisition LLC and NRM Acquisition II LLC, a Delaware Limited Liability companies whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003. Both NRM Acquisition LLC and NRM Acquisition II LLC have the same single member of New Residential Mortgage LLC, a Delaware Limited Liability company whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

7. New Residential Mortgage LLC has a single member of Rithm Capital Corp. a Delaware Corporation whose principal address is 799 Broadway, Floor 8, New York, NY 10003.

8. Accordingly, the Plaintiff is a citizen of both Delaware and New York.

9. The Defendant, Andy Ochoa, is a resident of Raymond, County of Cumberland and State of Maine.

10. The Party-in-Interest, Evergreen Credit Union, is a bank corporation formed in Maine with a principal place of business at 225 Riverside Street, Portland, ME 04103.

## FACTS

11. On September 9, 2016, by virtue of a Quitclaim Deed from U.S. Bank Trust N.A. as Trustee for LSF8 Master Participation Trust, which is recorded in the Cumberland County Registry of Deeds in **Book 33749, Page 343**, the property situated at 16 Dyer Road, City/Town of Raymond, County of Cumberland, and State of Maine, was conveyed to Andy Ochoa, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

12. On December 23, 2016, Defendant, Andy Ochoa, executed and delivered to Caliber Home Loans, Inc. a certain Note under seal in the amount of $226,816.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

13. To secure said Note, on December 23, 2016, Defendant, Andy Ochoa, executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Caliber Home Loans, Inc., securing the property located at 16 Dyer Road, Raymond, ME 04071 which Mortgage Deed is recorded in the Cumberland County Registry of Deeds in **Book 33750**, **Page 1**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Caliber Home Loans, Inc. by virtue of an Assignment of Mortgage dated September 4, 2019 and recorded in the Cumberland County Registry of Deeds in **Book 35967**, **Page 136**.  *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. The Mortgage was then assigned to NewRez LLC d/b/a Shellpoint Mortgage Servicing by virtue of an Assignment of Mortgage dated December 22, 2022 and recorded in the Cumberland County Registry of Deeds in **Book 39910**, **Page 313**.  *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

16. On April 19, 2023, the Defendant, Andy Ochoa, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter").  *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendant, Andy Ochoa, of the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter.  *See* Exhibit F.

18. The Defendant, Andy Ochoa, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

22. Evergreen Credit Union is a Party-in-Interest pursuant to a Mortgage in the amount of $30,000.00 dated October 10, 2018, and recorded in the Cumberland County Registry of Deeds in **Book 35238**, **Page 168** and is in second position behind Plaintiff's Mortgage.

23. The total debt owed under the Note and Mortgage as of May 29, 2023 is Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $209,098.45 |
| Interest | $9,915.55 |
| Escrow Deficiency | $7,983.48 |
| Unpaid Late Charges | $44.57 |
| Attorney Fees & Costs | $1,540.00 |
| Mortgage Insurance | $137.07 |
| Property Inspection | $140.00 |
| Certified Mail Costs | $8.70 |
| Clerk`s Cost | $7.00 |
| Grand Total | $228,874.82 |

24. Upon information and belief, the Defendant, Andy Ochoa, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

25. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 24 as if fully set forth herein.

26. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 16 Dyer Road, Raymond, County of Cumberland, and State of Maine. *See* Exhibit A.

27. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the holder of the Note referenced in Paragraph 9 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, has the right to foreclosure and sale upon the subject property.

28. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the current owner and investor of the aforesaid Mortgage and Note.

29. The Defendant, Andy Ochoa, is presently in default on said Mortgage and Note, having failed to make the monthly payment due September 1, 2022, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

30. The total debt owed under the Note and Mortgage as of May 29, 2023, is Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars.

31. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

32. By virtue of the Defendant, Andy Ochoa's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

33. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Andy Ochoa, on April 19, 2023, evidenced by the Certificate of Mailing. *See* Exhibit F.

34. The Defendant, Andy Ochoa, is not in the Military as evidenced by the attached Exhibit G.

35. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

36. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 32 as if fully set forth herein.

37. On December 23, 2016, the Defendant, Andy Ochoa, executed under seal and delivered to Caliber Home Loans, Inc. a certain Note in the amount of $226,816.00. *See* Exhibit B.

38. The Defendant, Andy Ochoa, is in default for failure to properly tender the September 1, 2022 payment and all subsequent payments. *See* Exhibit F.

39. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Andy Ochoa.

40. The Defendant, Andy Ochoa, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

41. The Defendant, Andy Ochoa's, breach is knowing, willful, and continuing.

42. The Defendant, Andy Ochoa's, breach has caused Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

43. The total debt owed under the Note and Mortgage as of May 29, 2023, if no payments are made, is Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars.

44. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

45. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

46. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

47. By executing, under seal, and delivering the Note, the Defendant, Andy Ochoa, entered into a written contract with Caliber Home Loans, Inc. who agreed to loan the amount of $226,816.00 to the Defendant. *See* Exhibit B.

48. As part of this contract and transaction, the Defendant, Andy Ochoa, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

49. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the proper holder of the Note and successor-in-interest to Caliber Home Loans, Inc., and has performed its obligations under the Note and Mortgage.

50. The Defendant, Andy Ochoa, breached the terms of the Note and Mortgage by failing to properly tender the September 1, 2022 payment and all subsequent payments. *See* Exhibit B.

51. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Andy Ochoa.

52. The Defendant, Andy Ochoa, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

53. The Defendant, Andy Ochoa, is indebted to NewRez LLC d/b/a Shellpoint Mortgage Servicing in the sum of Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars, for money lent by the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to the Defendant.

54. Defendant, Andy Ochoa's, breach is knowing, willful, and continuing.

55. Defendant, Andy Ochoa's, breach has caused Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

56. The total debt owed under the Note and Mortgage as of May 29, 2023, if no payments are made, is Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars.

57. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

58. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

## COUNT IV – UNJUST ENRICHMENT

59. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 55 as if fully set forth herein.

60. Caliber Home Loans, Inc., predecessor-in-interest to NewRez LLC d/b/a Shellpoint Mortgage Servicing, loaned the Defendant, Andy Ochoa, $226,816.00. *See* Exhibit B.

61. The Defendant, Andy Ochoa, has failed to repay the loan obligation.

62. As a result, the Defendant, Andy Ochoa, has been unjustly enriched to the detriment of the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing as successor-in-interest to Caliber Home Loans, Inc. by having received the aforesaid benefits and money and not repaying said benefits and money.

63. As such, the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is entitled to relief.

64. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, prays this Honorable Court:

a) Find that the Plaintiff is the owner of the subject Note and Mortgage and sssue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amounts due to the Plaintiff and Party-In-Interest and determine the priority of those amounts due;

c) Grant possession to the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, upon the expiration of the period of redemption;

d) Find that the Defendant, Andy Ochoa, is in breach of the Note by failing to make payment due as of September 1, 2022, and all subsequent payments;

e) Find that the Defendant, Andy Ochoa, is in breach of the Mortgage by failing to make payment due as of September 1, 2022, and all subsequent payments;

f) Find that the Defendant, Andy Ochoa, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendant, Andy Ochoa, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due September 1, 2022 and all subsequent payments;

h) Find that the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is entitled to enforce the terms and conditions of the Note and Mortgage;

i) Find that by virtue of the money retained by the Defendant, Andy Ochoa has been unjustly enriched at the Plaintiff's expense;

j) Find that such unjust enrichment entitles the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to restitution;

k) Find that the Defendant, Andy Ochoa, is liable to the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, for money had and received;

l) Find that the Defendant, Andy Ochoa, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Andy Ochoa, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is entitled to restitution for this benefit from the Defendant, Andy Ochoa;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Andy Ochoa, and in favor of the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, in the amount of Two Hundred Twenty-Eight Thousand Eight Hundred Seventy-Four and 82/100 ($228,874.82) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property);

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
NewRez LLC d/b/a Shellpoint Mortgage Servicing,
By its attorneys,

Dated: June 16, 2023

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com