

# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

April 17, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Andy Ochoa
16 Dyer Road
Raymond, ME 04071

Certified Article Number
9414 7266 9904 2212 7536 32
SENDER'S RECORD

Andy Ochoa
28 Tarkiln Hill Road
Raymond, ME 04071

Certified Article Number
9414 7266 9904 2212 7536 49
SENDER'S RECORD

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address: 16 Dyer Road, Raymond, ME 04071
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, the Mortgagee, NewRez LLC d/b/a Shellpoint Mortgage Servicing and the Owner/Investor, NewRez LLC d/b/a Shellpoint Mortgage Servicing pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Caliber Home Loans, Inc. its successors and assigns (if MERs) dated December 23, 2016 and recorded in the Cumberland County Registry of Deeds in Book 33750, Page 1. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

EXHIBIT F

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Past Due Principal & Interest Payments | $8,914.08 |
| Escrow Payment: Taxes & Insurance | $5,767.28 |
| **TOTAL TO CURE DEFAULT:** | $14,681.36 |

A portion of the amount due is reasonable interest in the amount of $7,967.37.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $14,681.36 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, Payment Processing, 55 Beattie Place, Suite 110, Mail Stop 005, Greenville, SC 29601. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is NewRez LLC d/b/a Shellpoint Mortgage Servicing, the mortgage servicer, which is NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, NewRez LLC d/b/a Shellpoint Mortgage Servicing is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation

to explore options for avoiding foreclosure judgment.

      A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

      To reach people having authority to modify your mortgage loan, please contact NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

                                            Very truly yours,
                                            NewRez LLC, F/K/A New Penn Financial,
                                            LLC, D/B/A Shellpoint Mortgage Servicing
                                            NewRez LLC d/b/a Shellpoint Mortgage
                                            Servicing

                                            by its attorney

                                            Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57204

# HUD Housing Counseling Agencies located in MAINE

This listing is current as of 12/14/2022.

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | - English |

GO BACK

# National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

This listing is current as of 01/14/2015.

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

**Doonan, Graves &** 
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER
BEVERLY, MASSACHUSE

CERTIFIED MAIL

9414 7266 9904 2212 7536 32

Andy Ochoa
16 Dyer Road
Raymond, ME 04071

US POSTAGE PITNEY BOWES
$008.34°
APR 19 2023
ZIP 01915
02 7H
0001338074

FIRST-CLASS

---

**Doonan, Graves & Lo**
ATTORNEYS AT LAW | EXCELLE
100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS

CERTIFIED MAIL

9414 7266 9904 2212 7536 49

Andy Ochoa
28 Tarkiln Hill Road
Raymond, ME 04071

US POSTAGE PITNEY BOWES
$008.34°
APR 19 2023
ZIP 01915
02 7H
0001338074

FIRST-CLASS



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Andy Ochoa
28 Tarkiln Hill Road
Raymond, ME 04071

US POSTAGE PITNEY BOWES
$ 000.60⁰
APR 19 2023
ZIP 01915
02 7H
0001338074
FIRST-CLASS



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Andy Ochoa
16 Dyer Road
Raymond, ME 04071

US POSTAGE PITNEY BOWES
$ 000.60⁰
APR 19 2023
ZIP 01915
02 7H
0001338074
FIRST-CLASS

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Wednesday, April 19, 2023 12:42 PM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:NewRez LLC d/b/a Shellpoint Mortgage Servicing What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304


-----
Consumer Information
-----

Consumer First name:Andy
Consumer Middle Initial/Middle Name:
Consumer Last name:Ochoa
Consumer Suffix:
Property Address line 1:16 Dyer Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Raymond
Property Address State:
Property Address zip code:04071
Property Address County:Cumberland


-----
Notification Details
-----

Date notice was mailed:4/19/2023
Amount needed to cure the default:14681.36 Consumer Address line 1:16 Dyer Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Raymond
Consumer Address State:ME
Consumer Address zip code:04071

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Wednesday, April 19, 2023 12:43 PM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:NewRez LLC d/b/a Shellpoint Mortgage Servicing What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304


-----
Consumer Information
-----

Consumer First name:Andy
Consumer Middle Initial/Middle Name:
Consumer Last name:Ochoa
Consumer Suffix:
Property Address line 1:16 Dyer Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Raymond
Property Address State:
Property Address zip code:04071
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:4/19/2023
Amount needed to cure the default:14681.36 Consumer Address line 1:28 Tarkiln Hill Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Raymond
Consumer Address State:ME
Consumer Address zip code:04071

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.



**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

**To:** Andy Ochoa
16 Dyer Road
Raymond, ME 04071

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here



Postmark Here



 **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**
Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:**
Andy Ochoa

28 Tarkiln Hill Road

Raymond, ME 04071

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here

Postmark Here



$1.85 US POSTAGE FIRST-CLASS 062S0011238745 FROM 01915

USPS CUMMINGS STATION APR 2021 BEVERLY MA 01915

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414726699042212753649

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivery Attempt

● **Reminder to Schedule Redelivery of your item**
April 26, 2023

● **Notice Left (No Authorized Recipient Available)**
RAYMOND, ME 04071
April 21, 2023, 2:50 pm

● **Departed USPS Regional Facility**

**Departed USPS Regional Facility**

SOUTHERN ME DISTRIBUTION CENTER
April 21, 2023, 2:55 am

**Arrived at USPS Regional Facility**

SOUTHERN ME DISTRIBUTION CENTER
April 20, 2023, 7:43 pm

**In Transit to Next Facility**

April 20, 2023

**Departed USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
April 19, 2023, 10:58 pm

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
April 19, 2023, 10:30 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

9414726699042212753632

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

Feedback

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
Reminder to Schedule Redelivery of your item
April 26, 2023

**Notice Left (No Authorized Recipient Available)**
RAYMOND, ME 04071
April 21, 2023, 1:05 pm

**Departed USPS Regional Facility**

**Departed USPS Regional Facility**

SOUTHERN ME DISTRIBUTION CENTER
April 21, 2023, 2:59 am

**Arrived at USPS Regional Facility**

SOUTHERN ME DISTRIBUTION CENTER
April 20, 2023, 7:42 pm

**In Transit to Next Facility**

April 20, 2023

**Departed USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
April 19, 2023, 9:54 pm

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
April 19, 2023, 9:34 pm

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Feedback