# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing, | )<br>)<br>) |
| Plaintiff | ) |
| v. | )<br>) NO: 2:23-cv-00251-LEW |
| Andy Ochoa, | )<br>) |
| Defendant | )<br>) |
| and | )<br>) |
| Evergreen Credit Union, | )<br>) |
| Party-in-Interest | ) |

## ANSWER OF PARTY-IN- INTEREST EVERGREEN CREDIT UNION

NOW COMES Evergreen Credit Union ("Evergreen"), by and through counsel, and answers the complaint (the "Complaint") of NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Plaintiff") as follows:

### GENERAL DENIAL

Except as specifically admitted herein, all allegations set forth in Plaintiff's Complaint are DENIED.

### SPECIFIC RESPONSES TO ALLEGATIONS

#### Jurisdiction and Venue

1. In response to the allegations set forth in the first sentence of Paragraph 1 of Plaintiff's Complaint, Evergreen admits, upon information and belief, that the named Defendant is a resident of the State of Maine and that the amount claimed by Plaintiff is in excess of $75,000.00. Evergreen is without knowledge or information sufficient to form a belief as to the

truth of the remaining allegations set forth in the first sentence of Paragraph 1 of Plaintiff's Complaint, and therefore denies same. Answering further, Evergreen admits the allegations contained in the second sentence of Paragraph 1 of the Plaintiff's Complaint.

2. In response to the allegations set forth in Paragraph 2 of Plaintiff's Complaint, Evergreen admits that the amount claimed by Plaintiff is in excess of $75,000.00. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint and, therefore, denies the same.

3. In response to the allegations contained in Paragraph 3 of the Plaintiff's Complaint, Evergreen admits that the subject property is located in the State of Maine and would, therefore, support Plaintiff's claim of proper venue in this District. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 of Plaintiff's Complaint and, therefore, denies the same.

### Parties

4. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and, therefore, denies the same.

5. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and, therefore, denies the same.

6. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and, therefore, denies the same.

7. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and, therefore, denies the same.

8. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and, therefore, denies the same.

9. Evergreen admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Evergreen admits the allegations contained in Paragraph 10 of Plaintiff's Complaint. Answering further, Evergreen states that it is a state-chartered credit union.

Facts

11. Evergreen admits the allegations contained in Paragraph 11 of Plaintiff's Complaint, upon information and belief.

12. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and, therefore, denies the same.

13. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and, therefore, denies the same.

14. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and, therefore, denies the same.

15. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and, therefore, denies the same.

16. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and, therefore, denies the same.

17. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and, therefore, denies the same.

18. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and, therefore, denies the same.

19. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and, therefore, denies the same.

20. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and, therefore, denies the same.

21. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and, therefore, denies the same.

22. In response to the allegations set forth in Paragraph 22 of the Plaintiff's Complaint, Evergreen admits that it is a Party in Interest in this matter as the holder of a

Mortgage dated October 10, 2018 in the amount of $30,000.00 plus interest, fees, costs and charges, which Mortgage is recorded in the Cumberland County Registry of Deeds in Book 35238, Page 168.  Answering further, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 22 of Plaintiff's Complaint and, therefore, denies the same.

23. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and, therefore, denies the same.

24. In response to the allegations contained in Paragraph 24 of Plaintiff's Complaint, Evergreen admits, upon information and belief, that Andy Ochoa is presently in possession of the subject property.  Evergreen is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 24 of Plaintiff's Complaint and, therefore, denies the same.

## COUNT I – FORECLOSURE AND SALE

25. Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-24 of the Plaintiff's Complaint as if set forth fully herein.

26. In response to the allegations set forth in Paragraph 26 of the Plaintiff's Complaint, Evergreen admits this is a statement of the Plaintiff's claim in this matter.  Answering further, Evergreen is without knowledge or information sufficient to form a belief as to Plaintiff's entitlement to relief sought, and therefore denies the same.

27. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 27 of Plaintiff's Complaint and, therefore, denies the same.  Answering further, the remaining allegations

contained in Paragraph 29 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 27 of Plaintiff's Complaint and, therefore, denies the same.

28. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint and, therefore, denies the same.

29. The allegations contained in Paragraph 29 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint and, therefore, denies the same.

30. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint and, therefore, denies the same.

31. Evergreen admits the allegations contained in Paragraph 31 of Plaintiff's Complaint, upon information and belief.

32. The allegations contained in Paragraph 32 of the Plaintiff's Complaint constitute conclusions of law and Plaintiff's request for relief to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint and, therefore, denies the same.

33. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint and, therefore, denies the same.

34. Evergreen admits the allegations contained in Paragraph 34 of Plaintiff's Complaint, upon information and belief.

35. The allegations contained in Paragraph 35 of the Plaintiff's Complaint constitute Plaintiff's request for relief to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint and, therefore, denies the same.

## Count II – Breach of Note

36. Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-32 of the Plaintiff's Complaint as if set forth fully herein.

37. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint and, therefore, denies the same.

38. The allegations contained in Paragraph 39 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint and, therefore, denies the same.

39. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint and, therefore, denies the same.

40. The allegations contained in Paragraph 40 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint and, therefore, denies the same.

41. The allegations contained in Paragraph 41 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint and, therefore, denies the same.

42. The allegations contained in Paragraph 42 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint and, therefore, denies the same.

43. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint and, therefore, denies the same.

44. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint and, therefore, denies the same.

45. The allegations contained in Paragraph 45 of the Plaintiff's Complaint constitute Plaintiff's request for relief to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and, therefore, denies the same.

COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

46. Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-42 of the Plaintiff's Complaint as if set forth fully herein.

47. The allegations contained in Paragraph 47 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint and, therefore, denies the same.

48. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Complaint and, therefore, denies the same.

49. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and, therefore, denies the same.

50. The allegations contained in Paragraph 50 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint and, therefore, denies the same.

51. The allegations contained in Paragraph 51 of the Plaintiff's Complaint constitute, in part, conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiff's Complaint and, therefore, denies the same.

52. The allegations contained in Paragraph 52 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint and, therefore, denies the same.

53. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint and, therefore, denies the same.

54. The allegations contained in Paragraph 54 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint and, therefore, denies the same.

55. The allegations contained in Paragraph 55 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint and, therefore, denies the same.

56. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint and, therefore, denies the same.

57. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Complaint and, therefore, denies the same.

58. The allegations contained in Paragraph 58 of the Plaintiff's Complaint constitute Plaintiff's request for relief to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's Complaint and, therefore, denies the same.

COUNT IV – UNJUST ENRICHMENT

59. Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-55 of the Plaintiff's Complaint as if set forth fully herein.

60. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint and, therefore, denies the same.

61. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Complaint and, therefore, denies the same.

62. The allegations contained in Paragraph 62 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's Complaint and, therefore, denies the same.

63. The allegations contained in Paragraph 63 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's Complaint and, therefore, denies the same.

64. The allegations contained in Paragraph 64 of the Plaintiff's Complaint constitute Plaintiff's request for relief to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's Complaint and, therefore, denies the same.

Prayer for Relief/Conclusion

WHEREFORE, the Party-In-Interest, Evergreen Credit Union, respectfully requests this Court to enter its Order awarding Evergreen its costs and granting Evergreen such other relief as may be appropriate and just.

Dated at Portland, Maine this 24th day of July, 2023.

/s/ Joshua R. Dow
Joshua R. Dow, Esquire
jdow@pearcedow.com

/s/ Aaron P. Burns
Aaron P. Burns, Esquire
aburns@pearcedow.com

Counsel for Party-In-Interest
Evergreen Credit Union
Pearce, Dow & Burns, LLP
Two Monument Square, Suite 901
P.O. Box 108
Portland, ME 04112-0108
(207) 822-9900

Certificate of Service

I, Joshua R. Dow, Esq. hereby certify that on July 24, 2023, I served a copy of the Answer of Party-In-Interest Evergreen Credit Union by electronic notification using the CM/ECF system to:

Reneau J. Longoria, Esq., RJL@dgandl.com

**The following were served by First Class Mail, postage prepaid:**

Andy Ochoa
16 Dyer Road
Raymond, Maine 04071

Dated: July 24, 2023

/s/ Joshua R. Dow