

**Evergreen Credit Union**
PO Box 1038
Portland, ME 04104-1038
(207) 221-5000  egcu.org



POWERED BY CUNA MUTUAL GROUP

**EXHIBIT 101**

# NOTE

| DATE | ACCOUNT NUMBER | LOAN ID # | CONTRACT NUMBER | REFERENCE NUMBER | MATURITY DATE |
|---|---|---|---|---|---|
| 10/10/2018 | | | | | 10/14/2033 |

### BORROWER 1
**NAME AND ADDRESS**
ANDY OCHOA
16 DYER RD
RAYMOND, ME 04071

### BORROWER 2
NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1)

### BORROWER 3

### BORROWER 4

| PROPERTY ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 16 DYER RD | RAYMOND, ME 04071-6016 | | |

LOAN ORIGINATOR ORGANIZATION
Evergreen Credit Union

NMLSR ID NUMBER
665447

LOAN ORIGINATOR
Danielle Johnson

NMLSR ID NUMBER
1683031

In this agreement "Borrower" or "I" mean each person who signs, or otherwise authenticates, this Note. The Lender, as defined below and anyone who takes this Note by transfer and is entitled to receive payments under this Note will be called the "Note Holder".

**1. BORROWER'S PROMISE TO PAY –** In return for a loan that I have received, I promise to pay U.S. $ 30,000.00 (this amount will be called "principal"), plus interest, to the order of the Lender. The Lender is
Evergreen Credit Union
I understand that the Lender may transfer this Note.

**2. INTEREST –** I will pay interest at a yearly rate of 4.990 %. Interest will be charged on that part of principal which has not been paid. Interest will be charged beginning on the date of this Note and continuing until the full amount of principal has been paid.

**3. PAYMENTS –** I will pay principal and interest by making payments each month of U.S. $ 237.11. I will make my payments on the 14th day of each month beginning on 11/14/2018. I will make these payments every month until I have paid all of the principal and interest and any other charges, described below, that I may owe under this Note. If, on 10/14/2033, I still owe amounts under this Note, I will pay all those amounts, in full, on that date. I will make my monthly payments at

Evergreen Credit Union
225 Riverside St.
Portland, ME 04103

or at a different place if required by the Note Holder.

**4. BORROWER'S FAILURE TO PAY AS REQUIRED –**
**(A) Late Charge for Overdue Payments:**

If your payment is more than 15 days late, your lender will charge a late fee of $10.00.

**(B) Default:** If I do not pay the full amount of each monthly payment by the date stated in Section 3 above, I will be in default. Even if, at a time when I am in default, the Note Holder does not require immediate payment of the full amount as described below, the Note Holder will still have the right to do so if I am in default at a later time.

**(C) Notice From Note Holder:** If I am in default, the Note Holder may send a written notice stating that if I do not pay the overdue amount by a certain date, the Note Holder may require immediate payment of the full amount of principal which has not been paid and all the interest that I owe on that amount. That date must be at least 35 days after the date on which I have signed, or otherwise authenticated, the certified mail receipt for the notice, or, if the notice is undeliverable, the date that the post office has last attempted to deliver it to the Borrower.

**(D) Payment of Note Holder's Costs and Expenses:** If the Note Holder has required immediate payment in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**5. THIS NOTE SECURED BY A MORTGAGE OR DEED OF TRUST** – In addition to the protections given to the Note Holder under this Note, a Mortgage or Deed of Trust, dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Mortgage or Deed of Trust describes how and under what conditions I may be

required to make immediate payment in full of all amounts that I owe under this Note.

**6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE** – I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment". When I make a prepayment, I will tell the Note Holder in a letter that I am doing so. A prepayment of all of the unpaid principal is known as a "full prepayment". A prepayment of only part of the unpaid principal is known as a "partial prepayment".

I may make a full prepayment or a partial repayment without paying any penalty. The Note Holder will use all such prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of any monthly payments unless the Note Holder agrees in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require the prepayment on the same day that a monthly payment is due. The Note Holder may also require that the amount of any partial prepayment be equal to the amount of principal that would have been part of the next one or more monthly payments.

**7. BORROWER'S WAIVERS** – I waive the right to require the Note Holder to do certain things. Those things are: (A) to demand payment of amounts due (known as "presentment"); (B) to give notice that amounts due have not been paid (known as "notice of dishonor"); (C) to obtain an official certification of nonpayment (known as a "protest"). Anyone else who agrees to keep the promises made in this Note, or who agrees to make payments to the Note Holder if I fail to keep the promises agreed upon under this Note, or who signs, or otherwise authenticates, this Note to transfer it to someone else also waives these rights. These persons are known as "guarantors, sureties and endorsers".

**8. GIVING OF NOTICES** – Any notice that must be given under this Note will be given by delivering it or by mailing it by First Class mail addressed to the Borrower at the Property Address above. A notice will be delivered or mailed to the Borrower at a different address if the Borrower provides written notice to the Note Holder of such different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by First Class mail to the Note Holder at the address stated in Section 3 above. A notice will be mailed to the Note Holder at a different address if the Borrower is given notice of that different address.

**9. RESPONSIBILITY OF PERSONS UNDER THIS NOTE** – If more than one person signs, or otherwise authenticates, this Note, each Borrower is fully and personally obligated to pay the full amount owed and to keep all of the promises made in this Note. Any guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to do the same. The Note Holder may enforce its rights under this Note against each Borrower individually or against all Borrowers together. This means that any one Borrower may be required to pay all of the amounts owed under this Note. No person may take over the obligations of this Note without the express written permission of the Note Holder. Any person who takes over the rights or obligations of a guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to keep all of the promises made in this Note.

**10. BALLOON PAYMENT –**

☐ The following notice only applies if the box at the left is checked:

THIS LOAN IS PAYABLE IN FULL AT MATURITY. YOU MUST REPAY THE ENTIRE PRINCIPAL BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN, OR YOU WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

**11. ADDITIONAL PROVISIONS –**

Fee Reimbursement - The lender may have paid some third party fees associated with this loan. Please refer to the Closing Disclosure reviewed at loan closing for an itemization of the third party fees paid by the Borrower (if applicable), and those paid by the lender on the borrower's behalf. The borrower agrees to reimburse the lender the actual amount of bona fide third party fees paid on the borrower's behalf, as permitted by applicable law, if the loan is paid off within twelve (12) months after consummation.

**NOTICE TO CONSUMER: 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty, except for minimum charges as permitted by law.**

| Borrower 1 Signature | Date |
|---|---|
| X  *[signature]* | 10/10/2018 (Seal) |

ANDY OCHOA

| Borrower 2 Signature | Date |
|---|---|
| X | (Seal) |

| Signature | Date |
|---|---|
| X | (Seal) |

☐ Borrower 3  ☐ Witness

| Signature | Date |
|---|---|
| X  *[signature]* | 10/10/2018 (Seal) |

☐ Borrower 4   ☒ Witness