UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff<br><br>vs.<br><br>ANDY OCHOA,<br><br>Defendant<br><br>EVERGREEN CREDIT UNION<br><br>Party-In-Interest | No. 2:23-cv-00251-LEW<br><br><br><br>RE:<br>16 Dyer Road, Raymond, ME 04071<br><br>Mortgage:<br>December 23, 2016<br>Book 33750, Page 1 |

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 28, 2025.  Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, was present and represented by Reneau J. Longoria, Esq.  Defendant, Andy Ochoa, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.  Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") the amount adjudged due and owing ($282,629.88) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, NewRez shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $209,098.45 |
| Interest | $29,945.35 |
| Escrow Balance at Loan Transfer | $4,694.70 |
| Unpaid Late Charges | $44.57 |
| Insurance | $6,078.67 |
| Taxes | $11,692.80 |
| Corporate Advances | $21,075.34 |
| Grand Total | $282,629.88 |

2. If the Defendant or his/her heirs or assigns do not pay NewRez the amount adjudged due and owing ($282,629.88) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Raymond Property shall terminate, and NewRez shall conduct a public sale of the Raymond Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $282,629.88 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. NewRez may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not

vacate the property upon termination of his/her right to possession, NewRez may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5  The amount due and owing is $282,629.88.

6  The priority of interests is as follows:

- NewRez LLC d/b/a Shellpoint Mortgage Servicing has first priority, in the amount of $282,629.88, pursuant to the subject Note and Mortgage.

- Evergreen Credit Union has the second priority behind the Plaintiff pursuant to a Mortgage dated October 10, 2018, in the amount of $30,000.00, and recorded in the Cumberland County Registry of Deeds in Book 35238, Page 168.

- Andy Ochoa has the third priority behind the Plaintiff.

7. The prejudgment interest rate is 5.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.55%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to

the year in which post-judgment interest begins to accrue – December 2023, 4.45% plus 6% for a total post-judgment interest rate of 10.45%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | Reneau J. Longoria, Esq.<br>Haley C. Carter, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Andy Ochoa<br>16 Dyer Road<br>Raymond, ME 04071 | Pro Se/Defaulted (no appearance) |
| PARTIES-IN-INTEREST | Evergreen Credit Union | Joshua R. Dow, Esq.<br>Pearce, Dow & Burns, LLP,<br>Two Monument Square, Suite 901<br>Portland, ME 04112 |

a) The docket number of this case is No. 2:23-cv-00251-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 16 Dyer Road, Raymond, ME 04071,

      is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 16 Dyer Road, Raymond, ME 04071. The Mortgage was executed by the Defendant, Andy Ochoa on December 23, 2016. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 33750, Page 1.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 16 Dyer Road, Raymond, ME 04071.

SO ORDERED.

    Dated this 11th day of February, 2025.

                                                                  /s/ Lance E. Walker  
                                                                  Chief U.S. District Judge

Doc#:    1226 Bk:33750 Pg:   18

## Exhibit A

A certain lot or parcel of real property situated in the Town of Raymond, County of Cumberland and State of Maine, more particularly bounded and described as follows:

Commencing at a point on the Westerly sideline of the North Raymond Road, so-called, at the most northerly corner of land formerly of Arthur J. Pierce, now or formerly of Davison, and a stone wall;

Thence in a general Southwesterly direction along the line of land of the said Davison and the said stone wall a distance of 400 feet, more or less, to a point;

Thence in a general Westerly direction and continuing along said stone wall a distance of 100 feet, more or less, to the Point of Beginning.

Thence continuing along the line of land of the said Davison following said stone wall in a general Southwesterly direction a distance of 550 feet, more or less, to another stone wall at the line of land now or formerly of Howard A. Ripley;

Thence in a general Northwesterly direction along the said stone wall a distance of 290 feet to an iron rebar set in said stone wall;

Thence in a Northeasterly direction along other land of these grantors 451 feet, more or less, to an iron rebar set in a stone wall on the southwesterly sideline of the Dyer Road, so-called;

Thence in a Southerly direction along the said stone wall on the Westerly sideline of the Dyer Road, 290 feet, more or less, to the Point of Beginning.

SUBJECT TO all restrictions, exceptions, reservations, stipulations, conditions, rights of way and easements of record.

Property Address: 16 Dyer Road, Raymond, ME 04071

Tax ID No.: TM 16 - Lot 52

Received
Recorded Register of Deeds
Jan 09,2017 09:49:39A
Cumberland County
Nancy A. Lane



EXHIBIT A